UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-41481 |
| John Thompson | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**MOTION TO SET ASIDE DISCHARGE TO FILE REAFFIRMATION AGREEMENT**

COMES NOW the Debtor, John Thompson, by and through his attorney, Katie Miller, and moves this Court for an Order to Set Aside Discharge to file a Reaffirmation Agreement:

1. Debtor filed his chapter 7 bankruptcy petition on February 27, 2013.

2. Debtor received a discharge on May 29, 2013; however, Debtor's case has not yet been closed.

3. Debtor filed a Statement of Intent indicating a desire to reaffirm the following:

    a) Auto Loan with US Bank.

4. Debtor has discussed the consequences of reaffirming with counsel, and wishes to proceed.

WHEREFORE, Debtor pray that the Court grant this Motion to Set Aside Discharge to file a Reaffirmation Agreement out of time, and that the Court allow an additional (30) days to file the Reaffirmation Agreements, and for such further relief as the Courts deems just and proper.

Respectfully Submitted,

/s/ Katie M. Miller
KATIE M. MILLER #64032 MO
J. Aaron Cook #50666 MO
Ghafoor, Cook & Associates
136 E Walnut St Ste 300
Independence, MO 64050
(888) 318-0068 (Telephone)
(314) 692-8646 (Facsimile)
bankruptcysl@ghafoorcook.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the persons listed below by electronic notice or by first class mail, postage prepaid this 4th day of June, 2013.

John Thompson
5799 Summit Meadow Drive
St Charles, MO 63304

Robert J. Blackwell
Chapter 7 Trustee
Blackwell & Assoc., P.C.
P.O. Box 310
O'Fallon, MO 63366

Office of the U. S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO  63102

US Bank
Bankruptcy Department
PO Box 790179
St. Louis MO 63179


/s/ Katie M. Miller_____
Katie M. Miller